UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JACELL GIBSON,

                Plaintiff,

v.

SAM'S CLUB STORE #6423 and SAM'S
EAST, INC.,

                Defendants.
------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 603 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/19

    The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than May 24, 2019. To be clear, any application to restore the action must be filed by May 24, 2019, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All scheduled conferences or other scheduled court appearances, including the conference scheduled for July 25, 2019, are cancelled. Any pending motions are moot.

    The Clerk is instructed to close this case.

Dated: April 24, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge